UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WILLIAN BARBOZA,

                Plaintiff,

  -against-

DETECTIVE STEVEN D'AGATA, sued in his
Individual capacity and POLICE OFFICER
MELVIN GORR, sued in his individual capacity,

                Defendants.
------------------------------------------------------------------X

HON. CATHY SEIBEL

**NOTICE OF APPEARANCE**

Case No.: 13 CIV 4067(CS)

    PLEASE TAKE NOTICE, that the defendants, DETECTIVE STEVEN D'AGATA and POLICE OFFICER MELVIN GORR, hereby appear in the above-entitled action, and that the undersigned has been retained as attorney for said defendants and demands that a copy of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New Windsor, New York
       July 9, 2013

                                                  Yours, etc.,

                                                  DRAKE, LOEB, HELLER, KENNEDY,
                                                  GOGERTY, GABA & RODD, PLLC

                                          By: _____
                                                  ADAM L. RODD, ESQ. (AR-3484)
                                                  *Attorneys for Defendants*
                                                  555 Hudson Valley Avenue, Suite 100
                                                  New Windsor, New York 12553
                                                  Tel. No.: (845) 561-0550

TO:    BERGSTEIN & ULLRICH, LLP
          *Attorneys for Plaintiff*
          15 Railroad Avenue
          Chester, New York 10918
          Tel. No.: 845-469-1277

NEW YORK CIVIL LIBERTIES UNION FOUNDATION
*Attorneys for Plaintiff*
125 Broad Street
19th Floor
New York, NY 10004
Tel. No.: 212-607-3300