AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | |
|---|---|
| Willian Barboza <br> *Plaintiff* <br> v. <br> Detective Steve D'Agata et al. <br> *Defendant* | Case No. 13-Civ-4067 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Willian Barboza

Date: 07/11/2013

*Attorney's signature*

Corey Stoughton (CS-6436)
*Printed name and bar number*

New York Civil Liberties Union
125 Broad St., 19th Floor
New York, NY 10004
*Address*

cstoughton@nyclu.org
*E-mail address*

(212) 607-3300
*Telephone number*

(212) 607-3318
*FAX number*