UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAN BARBOZA,

                Plaintiff,

-versus-

DETECTIVE STEVEN D'AGATA, sued in his         Case No. 13 CV 4067 (CS)
individual capacity and POLICE OFFICER
MELVIN GORR sued in his individual capacity,

                Defendants.
------------------------------------------------------------X

## NOTICE OF CONSTITUTIONAL CHALLENGE TO A STATE STATUTE

      Pursuant to Federal Rule of Civil Procedure 5.1(a), the plaintiff provides notice that the Complaint in this case calls into question the constitutionality of New York State Penal Law § 240.30(1)(a). The plaintiff has brought this case in part seeking a declaration in the course of a liability finding that Penal Law § 240.30(1)(a), under which he was arrested and prosecuted, is unconstitutional as applied to his speech and on its face insofar as it criminalizes "annoying" or "alarming" speech.

      The plaintiff will serve this Notice and the Complaint on the New York State Attorney General as required under Rule 5.1(a), and will additionally be seeking certification by the Court under 28 U.S.C. § 2403(b) and Rule 5.1(b).

Dated:     August 7, 2013

                                              Respectfully submitted,

                                              /s Mariko Hirose
                                              MARIKO HIROSE
                                              DANIEL MULLKOFF
                                              COREY STOUGHTON
                                              CHRISTOPHER DUNN

NEW YORK CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 19th Floor
New York, N.Y. l0004
Tel: (212) 607-3300
Fax: (212) 607-3318

STEPHEN BERGSTEIN
BERGSTEIN & ULLRICH, LLP
15 Railroad Avenue
Chester, New York 10918
Tel: (845) 469-1277
Fax: (845) 469-5904

Counsel for Plaintiff