ALR/ev                         8977-68604                        338928

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
WILLIAN BARBOZA,

              Plaintiff,

    -against-

VILLAGE OF LIBERTY;
STEVEN D'AGATA, sued in his individual capacity;
MELVIN GORR, sued in his individual capacity; and
ROBERT ZANGLA, sued in his individual capacity;

              Defendants.
----------------------------------------X

HON. CATHY SEIBEL

**STIPULATION**

ECF Case
Case No.: 13 CV 4067(CS)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties named herein, that the time for the defendants the VILLAGE OF LIBERTY, STEVEN D'AGATA, MELVIN GORR, AND ROBERT ZANGLA to serve their Answers to the plaintiff's Amended Complaint is hereby extended pending the conference now scheduled to be conducted before Hon. Cathy Seibel on March 7, 2014, at which time it is anticipated that all defendants will request permission from the Court to move for summary judgment and/or a dismissal, with a briefing schedule to be entered into at that time. In the event that it is determined, at the March 7, 2014 conference, that dispositive motion practice will not be presently entertained, the defendants' time to serve their Answers to the plaintiff's Amended Complaint shall be extended to March 14, 2014.

Dated: February 26, 2014

_____
DRAKE, LOEB, HELLER, KENNEDY,
GOGERTY, GABA & RODD, PLLC
Attorneys for Defendants
555 Hudson Valley Avenue, Suite 100
New Windsor, New York 12553
Tel. No.: (845) 561-0550

_____
BERGSTEIN & ULLRICH, LLP
Attorneys for Plaintiff
15 Railroad Avenue
Chester, New York 10918
Tel. No.: (845) 469-1277

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/14

ALR/ev                                8977-65004                                338928

_(signature)_
NEW YORK CIVIL LIBERTIES UNION
FOUNDATION
*Attorneys for Plaintiff*
125 Broad Street, 19th Floor
New York, NY 10004
Tel. No.: 212-607-3300

_S. Yasgur_
SAMUEL S. YASGUR
SULLIVAN COUNTY ATTORNEY
*Attorney for Defendant, ZANGLA*
Sullivan County Government Center
100 North Street
Monticello, New York 12701
Tel. No.: 845-807-0560

So Ordered:

February 27, 2014
White Plains, NY

_Cathy Seibel_
U.S.D.J.