UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
WILLIAM BARBOZA,                                  :
                                                  :
                Plaintiff,                      :      Case No. 13-cv-4067 (CS)
                                                  :
vs.                                               :
                                                  :      NOTICE OF
VILLAGE OF LIBERTY, STEVEN D'AGATA,               :      APPEARANCE
sued in his individual capacity, MELVIN GORR,     :
sued in his individual capacity and ROBERT        :
ZANGLA, sued in his individual capacity,          :
                                                  :
                Defendants.                     :
-----------------------------------------------------------x

SIR:

       **PLEASE TAKE NOTICE,** that Defendant Robert Zangla, hereby appears in the above entitled action, and that the undersigned has been retained as Attorney for said Defendant and demands that a copy of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: Monticello, New York
        March 4, 2014

                                                    Yours, etc.,

                                                  _____
                                                  Samuel S. Yasgur (7712)
                                                  County Attorney for the County of Sullivan
                                                  Attorney for County Robert Zangla
                                                  100 North Street, P.O. Box 5012
                                                  Monticello, New York 12701
                                                  (845) 807-0560

To:    Stephen Bergstein, Esq.
         New York Civil Liberties Union
         Adam L. Rodd, Esq.