UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAN BARBOZA,

        Plaintiff,

-versus-                                                              **JURY DEMAND**

VILLAGE OF LIBERTY;                                          ECF Case
STEVEN D'AGATA, sued in his individual capacity;   No. 13 Civ. 4067
MELVIN GORR, sued in his individual capacity; and  Judge Cathy Seibel
ROBERT ZANGLA, sued in his individual capacity,

        Defendants.
------------------------------------------------------------X

    The plaintiff, Willian Barboza, hereby demands a jury trial pursuant to Federal Rule of Civil Procedure 38.

Dated:   March 5, 2014

                                                                  Respectfully submitted,

                                                                  MARIKO HIROSE
                                                                  COREY STOUGHTON
                                                                  CHRISTOPHER DUNN
                                                                  NEW YORK CIVIL LIBERTIES UNION
                                                                 FOUNDATION
                                                                  125 Broad Street, 19th Floor
                                                                  New York, N.Y. l0004
                                                                 Tel: (212) 607-3300
                                                                  Fax: (212) 607-3318

                                                                  STEPHEN BERGSTEIN
                                                                  BERGSTEIN & ULLRICH, LLP
                                                                  15 Railroad Avenue
                                                                  Chester, New York 10918
                                                                 Tel: (845) 469-1277
                                                                 Fax: (845) 469-5904

                                                                *Counsel for Plaintiff*