AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Willian Barboza | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   13 Civ. 4067 |
| Detective Steven D'Agata et. al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Willian Barboza

Date:   07/16/2014

*Attorney's signature*

Jordan Wells / JW0621

*Printed name and bar number*

Jordan Wells
NYCLU
125 Broad Street, 19th Floor
New York, NY 10004

*Address*

Jwells@nyclu.org

*E-mail address*

(212) 607-3314

*Telephone number*

(212) 607-3329

*FAX number*