UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

Barboza,

                        Plaintiff,        **NOTICE OF COURT CONFERENCE**

      -against-

Village of Liberty,                                13 Civ. 4067 (CS)

                      Defendants.
-----------------------------------------------------------------x

An oral ruling will be issued by the Hon. Cathy Seibel, U.S.D.J. on **September 10, 2015 at 9:45 a.m.** at the Charles L. Brieant United States Courthouse, 300 Quarropas Street, White Plains, NY 10601, Courtroom 621.

                                          /s/ Alice F. Cama, Courtroom Deputy

Dated:     White Plains, New York
              August 11, 2015