MEMO ENDORSED



| | | |
|---|---|---|
| SAMUEL S. YASGUR<br>County Attorney | **SULLIVAN COUNTY<br>DEPARTMENT OF LAW**<br>COUNTY GOVERNMENT CENTER<br>100 NORTH STREET, PO BOX 5012<br>MONTICELLO, NY 12701<br>TEL. (845) 807-0560<br>FAX (845) 807-0574 | Thomas J. Cawley<br>Lori A. Bertsch-Brustman<br>Assistant County Attorneys<br>Christina Kautz<br>Confidential Secretary |
| Cheryl A. McCausland<br>Deputy County Attorney | | Cheryl A. Grande<br>Legal Secretary |

September 1, 2015

**Faxed to: 914-390-4278**

Hon. Cathy Seibel, U. S. District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

*Of course. Best of luck with the treatment.*

So Ordered.

*Cathy Seibel*

Cathy Seibel, U.S.D.J.

Dated: 9/2/15

Re: Barboza v. Village of Liberty, et al.
Case No. 13-cv-4067 (CS)

Dear Judge Seibel:

I represent Defendant Robert Zangla in the above referenced matter. On Thursday, September 10th, you are scheduled to deliver your bench ruling in the above matter. I am presently scheduled to receive a radiation session that same morning with respect to my twelfth course of radiation treatment.

Most respectfully, I would request that you allow Mr. Adam Rodd, who will be present to represent Mr. Zangla's co-defendants, to cover your bench ruling in my stead. Doing so will avoid delay and will also avoid my having to send an attorney who is not as familiar with the matter as Mr. Rodd. I will, of course, authorize Mr. Rodd to speak for me with respect to any scheduling or administrative matter that may arise.

Thank you in advance for your anticipated courtesies.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-2-2015

Hon. Cathy Seibel
September 1, 2015
Page 2

Respectfully yours,

*S. Yasgur*

Samuel S. Yasgur
County Attorney

SSY/ck

c:	Stephen Bergstein, Esq. (by fax: 845-469-5904)
	Adam Rodd, Esq. (by fax: 845-561-1235)
	Mariko Hirose, Esq., New York Civil Liberties Union (by fax: 212-607-3318)



# COUNTY CATSKILLS

*Mountains of Opportunities*

**Office of the County Attorney**
**Sullivan County Government Center**
**100 North Street**
**Monticello, NY 12701**
**P: 845-807-0560**
**F: 845-807-0574**

# Fax Transmission

**To:** Hon. Cathy Seibel      **From:** Kautz, Christina

**Fax:** +1 (914) 3904278      **Date:** 9/1/2015

**RE:** Case No. 13-cv-4067      **Pages:** 3

**Comments:**

Confidentiality Notice: This fax message, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy all copies of the original message. Thank you.