UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
William BArboza,

                Plaintiff,

    v.

Village of Liberty,

                Defendant.

------------------------------------------------X

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

7:13-cv-04067-cs

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-15

The above entitled action is referred to the Hon. Lisa M. Smith,
United States Magistrate Judge, for the following purpose(s):

\_\_\_\_ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

\_\_\_\_ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

\_\_\_\_ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

\_\_\_\_ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *

_____

_____

\_\_\_\_ JURY SELECTION

\_\_\_\_ HABEAS CORPUS

\_\_\_\_ INQUEST AFTER DEFAULT / DAMAGES HEARING

\_\_\_\_ SOCIAL SECURITY

_X_ SETTLEMENT

\_\_\_\_ CONSENT UNDER 28 U.S.C. 636(C) FOR ALL PURPOSES (including trial)

\_\_\_\_ CONSENT UNDER 28 U.S.C. 636(C) FOR LIMITED PURPOSE OF

_____

_____

Dated: September 10, 2015
       White Plains, New York

SO ORDERED:

*[signature]*
United States District Judge

* Do not check if already referred for General Pre-Trial.