UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
WILLIAM BARBOZA,

             Plaintiff,                           13-CV-04067 (CS)

   -against-                                 ORDER

VILLAGE OF LIBERTY, *et al.*,

            Defendants.
---------------------------------------------------------------X

Seibel, J.

      For the reasons stated on the record on September 10, 2015, Defendants Village of Liberty, Steven D'Agata, and Melvin Gorr's motion for summary judgment, (Doc. 54), is GRANTED with respect to D'Agata and Gorr and DENIED with respect to the Village; Defendant Robert Zangla's motion for summary judgment, (Doc. 49), is DENIED; and Plaintiff's cross-motion for summary judgment, (Doc. 69), is DENIED with respect to D'Agata, Gorr, and the Village and GRANTED with respect to Zangla on the issue of liability.

**SO ORDERED.**

Dated: October 2, 2015
       White Plains, New York

                                                                      CATHY SEIBEL, U.S.D.J.