UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
WILLIAM BARBOZA,

          Plaintiff,

vs.

VILLAGE OF LIBERTY, STEVEN D'AGATA,
sued in his individual capacity, MELVIN GORR,
sued in his individual capacity and ROBERT
ZANGLA, sued in his individual capacity,

          Defendants.
-----------------------------------------------------------------x

Case No. 13-cv-4067 (CS)

NOTICE OF
INTERLOCUTORY
APPEAL

    Notice is hereby given that Defendant, Robert Zangla, hereby appeals to the United States Court of Appeals for the Second Circuit from the decision of Hon. Cathy Seibel dated September 10, 2015, granting Summary Judgment in favor of Plaintiff and against Defendant Robert Zangla, and denying Summary Judgment in favor of Defendant Robert Zangla on the issues of absolute and qualified immunity.

Dated: October 2, 2015
       Monticello, New York

                                              Samuel S. Yasgur, Esq.
                                              Sullivan County Attorney
                                              By Cheryl A. McCausland(4434)
                                              Attorney for Defendant Zangla
                                              100 North Street, P.O. Box 5012
                                              Monticello, New York 12701