

125 Broad Street, 19th floor
New York, NY 10004
212.607.3300
212.607.3318
www.nyclu.org

MEMO ENDORSED

Mariko Hirose
Senior Staff Attorney
Extension: 322
mhirose@nyclu.org

October 1, 2015

Via Fax to: (914) 390-4278
Hon. Cathy Seibel
United States District Court
for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/2015

Re: *Barboza v. Village of Liberty*, 13 CV 4067 (CS)

Dear Judge Seibel:

Pursuant to the Court's order to provide a proposed briefing schedule for Rule 54(b) motion practice in this case (ECF 85), the plaintiff has conferred with counsel for defendants Village of Liberty, Steven D'Agata, and Melvin Gorr, and propose the schedule below:

- Friday, October 16, for filing of any Rule 54(b) motions;
- Friday, November 6, for filing of any opposition;
- Friday, November 13, for filing of any replies.

The plaintiff has not been able to confer with Samuel Yasgur, counsel for defendant Robert Zangla, as Mr. Yasgur has been in the hospital since the court's order. The plaintiff will submit an additional letter to the court if it becomes necessary to amend the proposed schedule after the plaintiff has had the opportunity to confer with Mr. Yasgur.

The plaintiff further requests that the Court rule on the plaintiff's request to publish the summary judgment opinion, which was contained within the plaintiff's September 28, 2015 letter to the Court. We thank the Court for considering this request.

Schedule approved. The Court sends its best to Mr. Yasgur for a speedy recovery.

The Court did not regard the summary judgment decision as particularly ground-breaking, despite the publicity that was generated as a result, and does not have the luxury of preparing published opinions for all cases. Should my caseload permit, I will consider publication, but make no commitments.

Respectfully submitted,

Mariko Hirose
New York Civil Liberties Union Foundation

Stephen Bergstein
Bergstein & Ullrich, LLP

*Counsel for Plaintiff*

So Ordered.

Cathy Seibel
Cathy Seibel, U.S.D.J.

Dated: 10/1/15

1

CC (via fax and e-mail):
    Adam Rodd, Esq. (845-458-7304, arodd@drakeloeb.com)
    Samuel Yasgur, Esq. (845-807-0574, samuel.yasgur@co.sullivan.ny.us)

To: Page 1 of 3                    2015-10-01 17:04:32 (GMT)              16464177414 From: New York Civil Liberties Union
Case 7:13-cv-04067-CS   Document 93   Filed 10/05/15   Page 3 of 3



**NYCLU**
NEW YORK CIVIL LIBERTIES UNION

125 Broad Street
New York, NY 10004
Ph: 212.607.3300
Fx: 212.607.3329
www.nyclu.org

# *FAX COVER SHEET*

**TO:**     Hon. Cathy Seibel

**FAX:**    (914) 390-4278

**FROM:**   Mariko Hirose

**RE:**     *Barboza v. Village of Liberty*, 13 CV 4067 (CS)

**DATE:**   October 1, 2015

**Total number of pages (including cover sheet): 3**

---

## MESSAGE:

Please find attached a letter regarding matters in the above-referenced case.

---

**PLEASE NOTE:** The information contained in this facsimile message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.

If you have received this communication in error, or if any problems occur in its transmission, please contact the sender at (212) 607-3300. Thank you.

The New York Affiliate of the American Civil Liberties Union · Jonathan Horn, President · Donna Lieberman, Executive Director