# DRAKE LOEB PLLC
ATTORNEYS AT LAW

MEMO ENDORSED

555 Hudson Valley Avenue, Suite 100
New Windsor, New York 12553

Phone: 845-561-0550
Fax: 845-561-1235
www.drakeloeb.com

James R. Loeb
Richard J. Drake, retired
Glen L. Heller*
Marianna R. Kennedy
Gary J. Gogerty
Stephen J. Gaba
Adam L. Rodd
Dominic Cordisco
Timothy P. McElduff, Jr.
Ralph L. Puglielle, Jr.
Nicholas A. Pascale

Benjamin M. Wilkinson
Lisa M. Card
Alana R. Bartley
Jessica M. Alesandro

Jennifer L. Schneider
Managing Attorney

*LL.M. in Taxation

October 7, 2015

*Via Fax to: 914-390-4278*
Hon. Cathy Seibel
United States District Court
Southern District Of New York
300 Quarropas Street,
White Plains, New York 10601-4150

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/8/15

Re: Barboza v. Village of Liberty, Dagata, Gorr and Zangla
Case No.: 13-CV-4067 (CS)
Our File No.: 08977 - 65604

Dear Judge Seibel:

The office represents the Village of Liberty, Detective D'Agata and Officer Gorr in this action. By Memo Endorsement filed on October 5, 2015, the Court "so ordered" the plaintiff's requested briefing schedule for his proposed Rule 54(b) motion. On behalf of the Village of Liberty, we request that the same briefing schedule be approved for its proposed motion, made pursuant to 28 U.S.C. §1292, seeking certification of this Court's September 10, 2015 Bench Decision, to allow for a request to appeal the denial of its motion for summary judgment. Identical to the plaintiff's motion, the Village proposes that: its §1292 motion be filed by October 16, 2015; opposition papers be filed by November 6, 2015; and reply papers be filed by November 13, 2015.

I have conferred with opposing counsel, and they are agreeable to the submission schedule indicated above. I thank the Court for its consideration of this request.

Respectfully,

ADAM L. RODD

ALR/cv/454169
cc: Samuel S. Yasgur, Esq., Sullivan County - *Via Fax 845-807-0574*
Bergstein & Ullrich, LLP - *Via Fax 845-469-5904*
Mariko Hirose, Esq. - *Via Fax 212-607-3318*

Application Granted / ~~Denied~~
So Ordered.

Cathy Seibel, U.S.D.J.
Dated: 10/7/15

Writer's Direct
Phone: 845-458-7303
Fax: 845-458-7304
arodd@drakeloeb.com