UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAN BARBOZA,

                Plaintiff,

-vs-                                                           13 Civ. 4067 (CS)

VILLAGE OF LIBERTY, DETECTIVE
STEVEN D'AGATA, sued in his individual
capacity, MELVIN GORR sued in his
individual capacity, and ROBERT ZANGLA,
sued in his individual capacity,

                Defendants.
------------------------------------------------------------X

### PLAINTIFF'S NOTICE OF MOTION PURSUANT TO FRCP 54(b) FOR ENTRY OF JUDGMENT ON HIS CLAIMS AGAINST DEFENDANTS STEVEN D'AGATA AND MELVIN GORR

PLEASE TAKE NOTICE that, upon the declaration of Jordan Wells and all exhibits annexed thereto and all of the prior papers filed and proceedings had herein, pursuant to the briefing schedule approved by the Court, the plaintiff moves the Court, at 300 Quarropas Street, White Plains, NY 10601, for an order pursuant to Rule 54(b) of the Federal Rules of Civil Procedure entering judgment in favor of defendants Steven D'Agata and Melvin Gorr.

Dated: New York, NY
October 16, 2015

Respectfully submitted,

s/ Jordan Wells
JORDAN WELLS
MARIKO HIROSE
CHRISTOPHER DUNN
NEW YORK CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 19th Floor
New York, N.Y. 10004
Tel: (212) 607-3300
Fax: (212) 607-3318

STEPHEN BERGSTEIN
BERGSTEIN & ULLRICH, LLP
15 Railroad Avenue
Chester, New York 10918
Tel: (845) 469-1277
Fax: (845) 469-5904

*Counsel for plaintiff*

To:

Adam L. Rodd, Esq.
Drake, Loeb, Heller, Kennedy, Gogerty, Gaba & Rodd, PLLC
555 Hudson Valley Avenue
Suite 100
New Windsor, NY 12553

*Counsel for Village of Liberty, Steven D'Agata and Melvin Gorr*

Samuel S. Yasgur, Esq.
County of Sullivan Department of Law
100 North Street
Monticello, NY 12701

*Counsel for Robert Zangla*