UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------

WILLIAM BARBOZA,
                Plaintiff,

-against-

Case No. 13-cv-4067

VILLAGE OF LIBERTY, et al.,
                Defendant.
-------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Samuel S. Yasgur**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: SY7712    My State Bar Number is 013536

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Sullivan County Attorney's Office
                FIRM ADDRESS: 100 North St., P.O. Box 5012, Monticello, NY 12701
                FIRM TELEPHONE NUMBER: (845) 807-0560
                FIRM FAX NUMBER: (845) 807-0574

NEW FIRM:    FIRM NAME: Samuel S. Yasgur, Esq.
                FIRM ADDRESS: P.O. Box 756, Monticello, NY 12701
                FIRM TELEPHONE NUMBER: (845) 866-2548
                FIRM FAX NUMBER:

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated:

S. Yasgur
ATTORNEY'S SIGNATURE